**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | |
| | : | **Case No. 5:26-cr-26 (MTT)** |
| **GLENN MIDDLETON,** | : | |
| **Defendant.** | : | |

# ORDER

Before the Court is Defendant Glenn Middleton's Motion to Amend Conditions of Release (Doc. 198), which is unopposed by the Government. For good cause shown, Defendant's motion is **GRANTED**, and the Order Setting Conditions of Release (Doc. 67) is hereby **MODIFIED** to remove the "home detention" location restriction and allow stand-alone location monitoring. The supervising officer may also authorize the removal of location monitoring equipment if necessary for purposes of medical treatment. All other conditions of release, including the location monitoring condition, shall remain in effect.

**SO ORDERED**, this 9th day of October, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge